JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| REJENNA MARSHALL, individually, on a representative basis, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HIDDEN VILLA RANCH PRODUCE, INC.; LUBERSKI, INC.; and DOES 1 through 20, inclusive;<br><br>Defendants. | Case No.: 5:19-cv-01876-JGB-KK<br>Hon. Jesus G. Bernal<br>Dept. 1<br><br>**ORDER OF DISMISSAL**<br><br>Action Filed: July 11, 2019<br>Date Removed: September 30, 2019 |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that (1) Plaintiff's individual claims in the above-referenced action be dismissed with prejudice, (2) the putative class claims in the above-referenced action be dismissed without prejudice; and (3) Plaintiff's PAGA claim as to the State and other allegedly aggrieved employees be dismissed without prejudice. The parties shall bear her or its own attorneys' fees and costs. The Clerk is directed to close the file.

Dated: November 7, 2019

_____
Hon. Jesus G. Bernal
United States District Judge